UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

CHAVEZ SULTHAN YOUNG,

                  Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

                  Defendants.

_____/

Case No. 2:19-cv-157

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   March 31, 2020                 /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge